## IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Johnson, Claudia

Printed: 01/29/09

Case Number: 04 B 37634
Judge: Hollis, Pamela S
Filed: 10/8/04

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:        Completed: December 31, 2008
Confirmed: November 29, 2004

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 15,391.00 |  |
| Secured: |  | 0.00 |
| Unsecured: |  | 12,678.48 |
| Priority: |  | 0.00 |
| Administrative: |  | 1,805.20 |
| Trustee Fee: |  | 860.37 |
| Other Funds: |  | 46.95 |
| Totals: | 15,391.00 | 15,391.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 300.00 | 300.00 |
| 2. | Robert J Semrad & Associates | Administrative | 1,505.20 | 1,505.20 |
| 3. | Charter One Bank | Secured | 0.00 | 0.00 |
| 4. | Charter One Bank | Secured | 0.00 | 0.00 |
| 5. | US Bank | Unsecured | 4,364.10 | 4,364.10 |
| 6. | American Express Travel Relate | Unsecured | 1,688.84 | 1,688.84 |
| 7. | American Express | Unsecured | 4,823.26 | 4,823.26 |
| 8. | GE Money Bank | Unsecured | 796.40 | 796.40 |
| 9. | American Express Centurion | Unsecured | 1,005.88 | 1,005.88 |
| 10. | Citibank (South Dakota), N.A. | Unsecured |  | No Claim Filed |
|  |  |  | $ 14,483.68 | $ 14,483.68 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 68.31 |
| 4% | 31.32 |
| 3% | 19.94 |
| 5.5% | 135.55 |
| 5% | 39.15 |
| 4.8% | 75.16 |
| 5.4% | 270.88 |
| 6.6% | 220.06 |
|  | $ 860.37 |

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:**  Johnson, Claudia

Printed: 01/29/09

Case Number:  04 B 37634

Judge:  Hollis, Pamela S

Filed:  10/8/04

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

